PROB 12A
(Rev.5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Gary Richard Sanzaro</u>   Case Numbers: <u>3:12-00004</u>

Name of Sentencing Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>June 19, 2012</u>

Original Offense: <u>18 U.S.C. § 2113(a) Unarmed Bank Robbery</u>

Original Sentence: <u>30 months' custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>March 3, 2014</u>

Assistant U.S. Attorney: <u>William Lee Deneke</u>   Defense Attorney: <u>Caryll S. Alpert</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 7th day of Aug., 2014,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____
Eric Illarmo
U.S. Probation Officer

Place   Nashville, Tennessee

Date   August 7, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall not commit another federal, state, or local crime.**

The defendant violated this condition in that, on March 20, 2014, he placed a telephone call to SunTrust Bank in violation of Tennessee Code § 39-17-08, Harassment. This statute, in its relevant part, reads,

"(a) A person commits an offense who intentionally: (1) Threatens, by telephone, [...] to take action known to be unlawful against any person and by this action knowingly annoys or alarms the recipient [...] a violation of subsection (a) is a Class A misdemeanor."

On March 20, 2014, the defendant placed multiple calls to SunTrust Bank to complain about some difficulty withdrawing money. The tenor of the defendant's calls escalated and became more agitated. During the final call, the defendant raised his voice and made several statements to a SunTrust employee, "Send me a money order giving me my money back. This is ridiculous. I am getting so pissed off, you would not believe it. I just got out of prison for robbing banks. I do not want to do this again."

On August 6, 2014, the Regional Security Director for SunTrust Bank was contacted. She indicated that, although the defendant's statements were perceived as a threat by the recipient, SunTrust will not press charges against the defendant. She further advised, "I just request that you explain to Mr. Sanzaro the ramifications such statements can cause. Specially [sic] with his background. There were a lot of people very upset due to what he said. Also advise him that if he is ever found to be back on SunTrust property, there will be charges pressed for criminal trespassing."

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Gary Richard Sanzaro began his term of supervised release on March 3, 2014, and is currently scheduled to complete his term on March 2, 2017. He has been employed by Consolidated Group Services, in construction, since April 1, 2014.

On March 10, 2014, the defendant was referred to Centerstone Mental Health for a substance abuse assessment and any recommended treatment. The defendant was also briefly assessed for active mental health symptoms. The assessment indicated a recommendation for substance abuse treatment, and mental health treatment was not recommended. The defendant has been attending treatment sessions, as directed.

**Update of Offender Characteristics:**
There is no additional information relevant to this section that has not already been provided in this petition.

**U.S. Probation Officer Recommendation:**
It is recommended that the defendant be continued on supervised release with no further action taken at this time. This matter has been reported to Assistant U.S. Attorney William Lee Deneke, who concurs with the recommendation.

Approved: _____ (for)
Britton Shelton
Supervisory U.S. Probation Officer